UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANTELL S. NOBLE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No.  CV-08-0293-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

    BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 7.) After considering the stipulation of the parties,

    **IT IS ORDERED:**

    1.   The parties' stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**.  The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will: (1) update the record regarding Plaintiff's impairments; (2) consider the additional evidence by Dr. Pollack (Tr. 374-80, 381-84), submitted

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

to the Appeals Council; (3) further consider the opinions of Dr. Gleason (Tr. 210), Mr. Crawford and Dr. Dalley (Tr. 170-74, 175-78), Dr. Islam-Zwart (Tr. 188-91, 192-95), and Melissa Leffler, ARNP (Tr. 253-57); and (4) explain the weight given to each of these opinions. The ALJ will also reevaluate Plaintiff's subjective complaints, and Plaintiff's residual functional capacity. If warranted by the expanded record, the ALJ will obtain a vocational expert to assist in determining Plaintiff's ability to perform work-related activities at steps four and five of the sequential evaluation process.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED June 15, 2009.

                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

to the Appeals Council; (3) further consider the opinions of Dr. Gleason (Tr. 210), Mr. Crawford and Dr. Dalley (Tr. 170-74, 175-78), Dr. Islam-Zwart (Tr. 188-91, 192-95), and Melissa Leffler, ARNP (Tr. 253-57); and (4) explain the weight given to each of these opinions. The ALJ will also reevaluate Plaintiff's subjective complaints, and Plaintiff's residual functional capacity. If warranted by the expanded record, the ALJ will obtain a vocational expert to assist in determining Plaintiff's ability to perform work-related activities at steps four and five of the sequential evaluation process.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED June 15, 2009.

        S/ CYNTHIA IMBROGNO
      UNITED STATES MAGISTRATE JUDGE